IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ALBERT M. MERRILLS | : |
| | : |
| v. | : CIVIL NO. CCB-14-1367 |
| | : |
| MORTGAGE ELECTRONIC | : |
| REGISTRATION SYSTEMS, INC., ET AL. | : |

...o0o...

**MEMORANDUM**

Albert M. Merrills, representing himself, filed suit in the Circuit Court for Howard County against Mortgage Electronic Registration Systems, Inc. ("MERS") and Bank of America, Corp. ("BAC") apparently seeking to vacate a December 2013 order ratifying a foreclosure sale of certain property in Columbia, Maryland. In 2006, he and his wife had obtained a loan as to that property and had executed both a promissory note and a Deed of Trust. The Deed of Trust designated MERS as the beneficiary and nominee for the lender Bayrock Mortgage Corporation ("Bayrock"). Merrills also seeks compensatory and punitive damages against the defendants.

The defendants have filed a motion to dismiss under Fed. R. Civ. P. 12(b)(6) attaching only the documents relied on in the complaint. Merrills was served with a copy of the motion and given notice of his right to respond but has not done so. The plaintiff's claim fails to state any facts that would permit this court to set aside the foreclosure sale. If this was intended as a motion asking the state court to alter or amend its judgment, it appears to have been untimely filed under Maryland Rules. To the extent the plaintiff seeks monetary damages, he has filed to allege any facts showing fraud or other culpable conduct by either defendant that would support an award of damages.

1

Because the defendants' motion is well supported in fact and law, it will be granted by separate Order, which follows.

June 26, 2014                          /s/
Date                                     Catherine C. Blake
                                          United States District Judge